| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785<br>Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California  95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant<br>PHILLIP SELFA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. Cr.S. 12-0324-JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| PHILLIP SELFA, | ) | Date:  November 13, 2012<br>Time:  9:45 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for PHILLIP SELFA that the status conference hearing date of October 2, 2012, be vacated, and the matter be set for status conference/change of plea on November 13, 2012, at 9:45a.m..

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the cases. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 13, 2012

///

///

///

pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

DATED: October 1, 2012.                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Public Defender

                                           /s/ Courtney Fein
                                           COURTNEY FEIN
                                           Assistant Federal Defender
                                           Designated Counsel for Service
                                           Attorney for PHILLIP SELFA

DATED: October 1, 2012.                    BENJAMIN WAGNER
                                           United States Attorney

                                           /s/ Lee Bickley for
                                           MICHELLE RODRIGUEZ
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 2, 2012, status conference hearing be continued to November 13, 2012 at 9:45 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 13, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced
/ / /

under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 10/1/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge