William Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
(916) 557-1113

Attorney for defendant PHILLIP SELFA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0324 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| PHILLIP SELFA, | |
| Defendant. | |

The defendant, PHILLIP SELFA, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, December 10, 2013 at 9:45 am be vacated and continued until Tuesday, January 7, 2014 at 9:45 am.

Prior to my appointment, Mr. Selfa, acting pro se, filed a motion to dismiss the indictment for vindictive prosecution that was denied following a hearing on September 24, 2013. Mr. Selfa subsequently filed a notice of interlocutory appeal to the Ninth Circuit and was assigned Ninth Circuit case no. 13-10565 and a corresponding briefing schedule. A continuance is necessary to

1

allow counsel time to review all of the relevant documents for appeal, conduct research, evaluate the claims as well as designate and order transcripts if necessary.  Furthermore, a continuance is necessary for continued case preparation and evaluation taking into consideration the exercise of due diligence.

The parties stipulate that time should be excluded under the Speedy Trial Act for delay resulting from an interlocutory appeal and to provide the parties time for case preparation and evaluation.  Local Codes D, T4 & 18 U.S.C § 3161 (h)(1)(c), (h)(7)(A) and (B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA William Wong to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant PHILLIP SELFA, should be continued until Tuesday, January 7, 2014 at 9:45 am; that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from December 9, 2013, up to and including January 7, 2014, pursuant to 18 U.S.C. § 3161 (h)(1)(c),(h)(7)(A) and (B)(iv) and Local Codes D and T-4, for interlocutory appeals and to allow defense counsel reasonable time to prepare.

1  Dated: December 9, 2013
                                        BENJAMIN B. WAGNER
2                                       United States Attorney

3                                       By:/s/ WILLIAM E. BONHAM for
                                        WILLIAM WONG
4                                       Assistant U.S. Attorney

5  Dated: December 9, 2013

6                                       By:/s/ WILLIAM E. BONHAM for
                                        WILLIAM E. BONHAM
7                                       Counsel for Defendant
                                        PHILLIP SELFA

**ORDER**

IT IS SO ORDERED. The status conference for defendant, PHILLIP SELFA, currently set for Tuesday, December 10, 2013 at 9:45 am should be vacated and continued to Tuesday, January 7, 2014 at 9:45 am.

Based on the stipulation of the parties, I find the failure to grant such a continuance would deny counsel reasonable time necessary for evaluation and preparation of the defendant's interlocutory appeal, as well as, effective preparation in the district court, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, December 9, 2013, up to and including the date of the new hearing, January 7, 2014, pursuant to 18 U.S.C. § 3161 (h)(1)(c),(h)(7)(A) and (B)(iv) and Local Codes D and T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: December 9, 2013

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

4